UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - -
Zaher Zahrey,

                Plaintiff,

        -against-                            Civil Action No. 98-4546
                                             (LTS)
City of New York, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - -
```

**ORDER**

The parties are invited to consult with regard to Plaintiff's counsel's letter of April 13, 2007 requesting a conference with the court. If there is agreement on the need therefore, the parties shall contact my executive assistant, Janice Fields, 212-264-2126, with proposed dates for a conference.

_____
DONALD C. POGUE
UNITED STATES DISTRICT JUDGE[1]

Dated:   April 17, 2007
         New York, New York

---

[1] The Honorable Donald C. Pogue, Judge for the United States Court of International Trade, sitting by designation.